# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**ELECTRICAL CONSTRUCTION INDUSTRY
BOARD, and ROBERT RAYBURN,**
      **Plaintiffs,**

    **v.**                                                 Case No.  12-CV-01058

**ELECTRICAL SOLUTIONS OF WISCONSIN, LLC,**
      **Defendant.**

---

## MEMORANDUM

Civil Local Rule 41(b) (E.D. Wis. 2010) states that

[i]n all cases in which a defendant has failed to file an answer or otherwise defend within 6 months from the filing of the complaint and the plaintiff has not moved for a default judgment, the Court may on its own motion, after 20 days' notice to the attorney of record for the plaintiff, or to the plaintiff if pro se, enter an order dismissing the action for lack of prosecution. Such dismissal must be without prejudice.

This case was filed on October 16, 2012. Defendant was served on November 1, 2012, as evidenced by a return of service filed with the court on November 6, 2012. Six months have expired since the filing of the complaint yet defendant has not answered and plaintiffs have not moved for default judgment. Therefore, plaintiffs are put on notice that the court on its own motion shall dismiss this case without prejudice after twenty days from the date of this memorandum unless plaintiffs take sufficient action to prosecute this case.

Dated at Milwaukee, Wisconsin, this 4th day of June 2013.

                                                  s/ Lynn Adelman
                                                  _____
                                                  LYNN ADELMAN
                                                  District Judge